JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Middleton
County/Parrish: Dane

**Related Case Information:**
Superseding Docket Number: 25 CR 030 WMC
Same Defendant ___   New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number: 24-mj-62
R 20 / R40 from District of ___
This case was opened after USAO# 2024R000061   Yes

**Defendant information:**
Matter to be Sealed: ✓ Yes   No
Def. Name: Luis Abreu
Alias Name:
City/State:
Year of Birth: 1974
Last 4 digits of SSN: 2438
Sex: Male
Race:

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MAR 1 9 2025
FILED/REC'D
CLERK OF COURT

**U.S. Attorney Information:**
AUSA: JULIE S. PFLUGER   Bar #:
Interpreter: ✓ No   Yes   List language and/or dialect:

**Location Status:**
Arrest Date:
Already in Federal Custody as of: ___ in ___
Already in State Custody
On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 15
☐ Petty   ☐ Misdemeanor   ✓ Felony
Class A
Class B
Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1594(b) | Conspiracy to Commit Forced Labor | 1 |
| Set 2 | 18 USC § 1589 | Forced Labor | 2 - 8 |
| Set 3 | 8 U.S.C. § 1324 | Alien Harboring | 9 - 15 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: March 19, 2025   Signature of AUSA: /s/ JULIE S. PFLUGER