UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       *Plaintiff,*

vs.                                                   Case No. 25-cr-30-wmc

LUIS ABREU,

       *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Luis Abreu, the defendant in the above-captioned matter, is represented by:

>Jonathan Greenberg
>Federal Defender Services of Wisconsin, Inc.
>22 East Mifflin Street, Suite 1000
>Madison, Wisconsin 53703
>Telephone:   [608] 260-9900
>Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 25th day of August, 2025.

                                             Respectfully submitted,
                                             Luis Abreu, Defendant

                                             */s/Jonathan Greenberg*
                                             Jonathan Greenberg

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Jonathan_greenberg@fd.org

                                                                      FEDERAL DEFENDER SERVICES
                                                                      OF WISCONSIN, INC.