

**U.S. Department of Justice**

Criminal Division

_Washington, D.C.  20530_

April 2, 2026

The Honorable Anita M. Boor
United States Magistrate Judge
for the Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

Re:     _United States v. Luis Abreu and Cybell Abreu_
          Case No. 25-cr-30-wmc

Dear Judge Boor:

        The parties submit this letter in advance of tomorrow's scheduling conference, as instructed by the Court.

        Since our last status conference, the parties have continued to work cooperatively to resolve any questions regarding discovery. Counsel for Defendants have requested a handful of additional pieces of discovery, and the government has agreed to provide those items. Counsel for the parties do not anticipate any discovery issues moving forward.

        The parties also jointly propose that a trial date in this matter be set May 17, 2027. This date was selected after a review of the parties' respective calendars, which counsel will be prepared to address with the Court as necessary. The parties expect that length of this trial to be two weeks, or ten business days.

        Thank you for your time and attention to this matter.

                                        Sincerely,

                                        _/s/ Slava R. Kuperstein_
                                        Slava R. Kuperstein
                                        Trial Attorney
                                        Human Rights and
                                        Special Prosecutions Section

                                        _/s/ Julie S. Pfluger_
                                        Julie S. Pfluger
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        for the Western District of Wisconsin